UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVE IRVING, in his official capacity as the Manager of the Leavenworth Fisheries Complex; UNITED STATES FISH AND WILDLIFE SERVICE; DANIEL M. ASHE, in his official capacity as the Director of the United States Fish and Wildlife Service; UNITED STATES BUREAU OF RECLAMATION; LOWELL PIMLEY, in his official capacity as the Acting Commissioner of the United States Bureau of Reclamation; BONNEVILLE POWER ADMINISTRATION; and, ELLIOT MAINZER, in his official capacity as the Administrator and Chief Executive Officer of the Bonneville Power Administration,<br><br>　　　　　　　Defendants. | No.　2:14-CV-0306-SMJ<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS CLAIMS AGAINST BONNEVILLE POWER ADMINISTRATION AND ELLIOT MAINZER FOR LACK OF SUBJECT MATTER JURISDICTION AS MOOT** |

　　Before the Court, without oral argument, is Defendants' Partial Motion to Dismiss Plaintiff's Complaint, ECF No. 9. This Motion, filed November 17, 2014,

ORDER **-** 1

seeks the dismissal of Defendants Bonneville Power Administration ("BPA") and Elliot Mainzer as parties to the action pursuant to Federal Rule 12(b)(1). *Id.* at 2. Defendants argue that the Court lacks subject matter jurisdiction because "the Northwest Power Act, 16 U.S.C. § 839f(e)(5), vests exclusive jurisdiction over challenges to all "final actions" of Bonneville [such as the one tying the BPA to this case] in the U.S. Circuit Courts of Appeals." *Id.* at 2.

On December 8, 2014, Plaintiff filed its First Amended Complaint, ECF No. 10. This Complaint did not list the BPA or Elliot Mainzer, the administrator and CEO of the BPA, as parties. That same day, Plaintiff also filed a response to Defendants' motion arguing that it should be denied as moot because the First Amended Complaint supersedes the original.

Having reviewed the pleadings and the file in this matter, the Court is fully informed and denies Defendants' motion as moot. Plaintiff has voluntarily dismissed any claims against BPA and Elliot Mainzer.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Partial Motion to Dismiss Plaintiff's Complaint, **ECF No. 9**, is **DENIED** as moot.

///

//

/

ORDER **-** 2

**2.**   -The Clerk's Office is directed to **CHANGE** the case caption in this matter to:

>    WILD FISH CONSERVANCY,
>
>            Plaintiff,
>
>            v.
>
>    DAVE IRVING, in his official capacity as the Manager of the Leavenworth Fisheries Complex; UNITED STATES FISH AND WILDLIFE SERVICE; DANIEL M. ASHE, in his official capacity as the Director of the United States Fish and Wildlife Service; UNITED STATES BUREAU OF RECLAMATION; LOWELL PIMLEY, in his official capacity as the Acting Commissioner of the United States Bureau of Reclamation,
>
>            Defendants.

**IT IS SO ORDERED.**   The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 8th day of January 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Civil\2014\Wild Fish Conservancy v. Irving et al-0306\ord.deny.mot.dismiss.moot.lc2.docx

ORDER **-** 3