1

2

3                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF WASHINGTON

4
WILD FISH CONSERVANCY,                    No.   2:14-CV-0306-SMJ
5
                         Plaintiff,
6                                         **ORDER REGARDING JOINT
                                          STATUS REPORT**
7            v.

8   DAVE IRVING, in his official
    capacity as the Manager of the
9   Leavenworth Fisheries Complex, ET
    AL.,
10
                         Defendants,
11           v.

12  CONFEDERATED TRIBES AND
    BANDS OF THE YAKAMA
13  NATION and CONFEDERATED
    TRIBES OF THE COLVILLE
14  RESERVATION,

15                Intervening Defendants,,

16        The Court stayed this case pending the release of a National Marine

17  Fisheries Service biological opinion. ECF No. 66. This biological opinion was

18  released on May 29, 2015. ECF No. 72 at 2. Given the contents of this opinion,

19  Plaintiff opted to file a Second Amended Complaint, ECF No. 77. In the Second

20  Amended Complaint, Plaintiff has dropped four claims for relief, retained one

ORDER - 1

claim for relief, and added two claims against a new party—the National Marine Fisheries Service. ECF No. 78. By agreement, both Federal and Intervening Defendants have 60 days from the filing of that pleading to submit an answer. *See* ECF No. 76 at 2.

With these developments, the Court does not believe that it is necessary to have the July 29, 2015 status conference and one will be scheduled once answers have been filed. Further, the Court finds the Plaintiff's Motion for a Determination of Scope of Review, ECF No. 41, to be moot. Finally, the Court will deny Plaintiff's First Motion for Preliminary Injunction, ECF No. 31, with leave to renew because it was based on the allegations contained in the First Amended Complaint.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Clerk's Office shall **ADD** the National Marine Fisheries Service as a Defendant in this matter.

2. The July 29, 2015 status conference is **STRICKEN**.

3. Plaintiff's Motion for a Determination of Scope of Review, **ECF No. 41**, is **DENIED as moot**.

4. Plaintiff's First Motion for Preliminary Injunction, **ECF No. 31**, is **DENIED** with leave to renew.

*///*

ORDER - 2

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of July 2015.

SALVADOR MENDOZA, JR.
United States District Judge