# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

WILD FISH CONSERVANCY, Plaintiff,
        v.
DAVE IRVING; UNITED STATES FISH AND WILDLIFE SERVICE; DANIEL M. ASHE; UNITED STATES BUREAU OF RECLAMATION; NATIONAL MARINE FISHERIES SERVICE; and ESTEVAN LOPEZ, Defendants,
        and
CONFEDERATED TRIBES OF THE COLVILLE RESERVATION; and CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION, Defendant-Intervenors.

Civil Action No. 2:14-CV-0306-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Biological Opinion issued by the National Marine Fisheries Service on May 29, 2015, concerning the Leavenworth National Fish Hatchery Spring Chinook Salmon Program, is arbitrary and capricious and that this matter is remanded to the National Marine Fisheries Service for further consultation consistent with the Court's November 22, 2016 Order Granting In Part and Denying In Part Plaintiff's and Defendants' Motions for Summary (ECF No. 121).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a motion for entry of judgment.

Date: February 1, 2017

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas